UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK DIONNE,<br><br>       Plaintiff,<br><br>  -against-<br><br>HUNTINGTON BANCSHARES INCORPORATED, LIZABETH ARDISANA, ALANNA COTTON, ANN B. CRANE, ROBERT S. CUBBIN, STEVEN G. ELLIOTT, GINA D. FRANCE, J. MICHAEL HOCHSCHWENDER, JOHN C. INGLIS, KATHERINE M.A. KLINE, RICHARD W. NEU, KENNETH J. PHELAN, DAVID L. PORTEOUS, STEPHEN D. STEINOUR,<br><br>       Defendants. | Case No.: 1:21-cv-01297-VM |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Keffalas voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 3, 2021         Respectfully submitted,

                **MONTEVERDE & ASSOCIATES PC**

                */s/ Juan E. Monteverde*
                Juan E. Monteverde (JM-8169)
                The Empire State Building
                350 Fifth Avenue, Suite 4405
                New York, NY 10118
                Tel: (212) 971-1341
                Fax: (212) 202-7880
                Email: jmonteverde@monteverdelaw.com

                *Attorneys for Plaintiff James Keffalas*